UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED
2003 DEC 23  A 8: 55

CAROL CONNELLY,
    Plaintiff,

CIVIL NO. 3:03CV0551(JCH)

v.

IKON OFFICE SOLUTIONS, INC.
    Defendant.

DECEMBER 12, 2003

**STIPULATED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to the Federal Rules of Civil Procedure and the parties' discussion with this Court, plaintiff Carol Connelly and defendant IKON Office Solutions, Inc. join in a request for enlargement of time. The parties request a ninety (90) day enlargement of time, up to and including March 8, 2004, in which to complete discovery in this matter. The parties further request a ninety day enlargement of time, up to and including April 8, 2004, in which to file dispositive motions in this matter. In support of this Motion, the parties state as follows:

    1.    Pursuant to this Court's scheduling order, discovery was to have been completed by December 1, 2003, and dispositive motions were to have been filed by January 1, 2004.

    2.    On June 11, 2003, after extensive settlement negotiations, the Defendant believed the parties had reached an agreement in settlement of this matter.

    3.    On July 2, 2003, the Defendant filed a Motion for Enforcement of the Settlement Agreement.

4.  On December 5, 2003, Defendant's Motion for Enforcement of the Settlement Agreement was denied by this Court.

5.  The parties now require additional time to investigate this matter.

WHEREFORE, the parties respectfully move for a ninety (90) day time enlargement, up to and including March 8, 2004, in which to complete discovery in this matter. The parties further request a ninety day enlargement of time, up to and including April 8, 2004, in which to file dispositive motions in this matter.

THE DEFENDANT,
IKON OFFICE SOLUTIONS, INC.

By: _____
Margaret J. Strange
Holly L. Cini
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
(860) 522-0404
Juris No. 04067

THE PLAINTIFF,
CAROL CONNELLY

By: _____
Cynthia R. Jennings
The Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604
(203) 334-4800
Juris No. 418241

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 18TH day of December, 2003, to the following counsel of record:

> Margaret J. Strange
> Holly L. Cini
> Jackson Lewis LLP
> 55 Farmington Avenue, Suite 1200
> Hartford, CT  06105

_____
Cynthia R. Jennings