

#24

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

2003 DEC 23 A 8: 55

|  |  |
|---|---|
| CAROL CONNELLY,<br>Plaintiff, | : <br> : <br> : CIVIL NO. 3:03CV0551(JCH) |
| v. | : |
| IKON OFFICE SOLUTIONS, INC.<br>Defendant. | : <br> : DECEMBER 12, 2003 |

**STIPULATED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to the Federal Rules of Civil Procedure and the parties' discussion with this Court, plaintiff Carol Connelly and defendant IKON Office Solutions, Inc. join in a request for enlargement of time. The parties request a ninety (90) day enlargement of time, up to and including March 8, 2004, in which to complete discovery in this matter. The parties further request a ninety day enlargement of time, up to and including April 8, 2004, in which to file dispositive motions in this matter. In support of this Motion, the parties state as follows:

1. Pursuant to this Court's scheduling order, discovery was to have been completed by December 1, 2003, and dispositive motions were to have been filed by January 1,

[2.] On June 11, 2003, after extensive settlement negotiations, the Defendant informed the parties had reached an agreement in settlement of this matter.

3. On July 2, 2003, the Defendant filed a Motion for Enforcement of the Settlement Agreement.

---

Motion Granted. No Further Extensions Will Be Granted
Discovery cutoff date 3/8/04
Dispositive Motions due by 4/8/04
SO ORDERED
1/8/04
Janet C. Hall, U.S.D.J.

2004 JAN -8 PM 2:56
U.S. DISTRICT COURT
BRIDGEPORT