UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL CONNELLY,<br>    Plaintiff, | :<br>:<br>: |
| v. | :     CIVIL NO. 3:03CV0551(JCH)<br>: |
| IKON OFFICE SOLUTIONS, INC.<br>    Defendant. | :<br>:     MARCH 4, 2004<br>: |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to the Federal Rules of Civil Procedure and Local Rule 7 of this Court, the Defendant in the above-captioned matter respectfully requests a thirty (30) day extension of time in which to depose one witness in the above-referenced matter. In support of is motion, Defendant states:

        1.        In December 9, 2003, the Honorable Judge Janet C. Hall entered a Scheduling Order which set March 8, 2004 as the deadline for completing discovery in this matter.

        2.        Plaintiff provided response to Defendant's Production Requests on February 3, 2004, in which for the first time she named two medical professionals from whom she had sought treatment related to this matter. Defendant immediately attempted to schedule the professionals' depositions, and discovered that one of them spends the entire month of February in Florida, and was scheduled to return during the first week in March. The parties are unavailable to take this deposition before March 8, 2004.

3. The proposed time enlargement, allowing a thirty (30) day extension of time up to and including April 1, 2004, is for the specific and exclusive purpose of enabling defense counsel to complete this one remaining deposition.

4. This is Defendant's first request for enlargement of time related to discovery matters.

5. Plaintiff's counsel has been contacted and does not object to this request.

WHEREFORE, Defendant respectfully moves for a thirty (30) day enlargement of time through to April 1, 2004 in which to depose one witness.

DEFENDANT,
IKON OFFICE SOLUTIONS, INC.,

By: _____
Margaret J. Strange (ct 08212)
strangem@jacksonlewis.com
Holly L. Cini (ct 16388)
cinih@jacksonlewis.com
Jackson Lewis LLP
55 Farmington Avenue
Suite 1200
Hartford, CT 06105
(860) 522-0404 (phone)
(860) 247-1330 (fax)

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 4th day of March, 2004, to the following counsel of record:

Cynthia R. Jennings
Cynthia.jennings@sbcglobal.net
The Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604
P: (203)334-4800
F: (203)368-6985

_____
Holly L. Cini