FILED

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

2004 MAR -5  A 9: 26

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| CAROL CONNELLY,<br>Plaintiff, | : <br> : <br> : |
| v. | :    CIVIL NO. 3:03CV0551(JCH) |
| IKON OFFICE SOLUTIONS, INC.<br>Defendant. | : <br> :    MARCH 4, 2004 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 7 of this Court, the Defendant in the above-captioned matter respectfully requests a thirty (30) day extension of time in which to depose one witness in the above-referenced matter.  In support of is motion, Defendant states:

1.      In December 9, 2003, the Honorable Judge Janet C. Hall entered a Scheduling Order which set March 8, 2004 as the deadline for completing discovery in this matter.

2.      Plaintiff provided response to Defendant's Production Requests on February 3, 2004, in which for the first time she named two medical professionals from whom she had sought treatment related to this matter.  Defendant immediately attempted to schedule the professionals' depositions, and discovered that one of them spends the entire month of February in Florida, and was scheduled to return during the first week in March.  The parties are unavailable to take this deposition before March 8, 2004.