UNITED STATES DISTRICT COURT    *03CV551SCHEL)*
DISTRICT OF CONNECTICUT

TELEPHONIC STATUS CONFERENCE Calendar

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

STATUS CONFERENCE HELD
Date: *December 5, 2003*

DECEMBER 5, 2003

~~3:00 p.m.~~ *10:00 a.m.*

CASE NO. 3-03-cv-551 (JCH)   Carol Connelly v. IKON Office Solutions, Inc.

Margaret J. Strange
Holly L. Cini
Jackson Lewis
55 Farmington Ave., Ste. 1200
Hartford, CT 06105
*(860-522-0404)*

Cynthia Renee Jennings
The Barrister Law Group
211 State Street, 2nd floor
Bridgeport, CT 06604

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Counsel are requested to participate in this conference via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone chambers at (203) 579-5554.