UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL CONNELLY,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL NO. 3:03CV0551(JCH)<br>: |
| IKON OFFICE SOLUTIONS, INC.<br>    Defendant. | :<br>:    APRIL 8, 2004<br>: |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the Defendant, IKON Office Solutions, Inc., respectfully moves for Summary Judgment on Plaintiff Carol Connelly's complaint on the grounds that there is no genuine issue of material fact and Defendant is entitled to judgment as a matter of law. Specifically, Defendant seeks judgment as a matter of law on Plaintiff's claimed violation of Conn. Gen. Stat. §31-51q (Count One) and claimed Intentional Infliction of Emotional Distress (Count Two). The bases for Defendant's Motion are set forth in Defendant's Memorandum of Law in Support of Motion for Summary Judgment which is attached hereto.

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY IS NOT REQUIRED**

                          DEFENDANT,
                          IKON OFFICE SOLUTIONS, INC.,


By:     */s/ Margaret J. Strange/*
       Margaret J. Strange (ct 08212)
       strangem@jacksonlewis.com
       Holly L. Cini (ct 16388)
       cinih@jacksonlewis.com
       Jackson Lewis LLP
       55 Farmington Avenue
       Suite 1200
       Hartford, CT  06105
       Ph: (860) 522-0404
       Fax: (860) 247-1330

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 8th day of April, 2004 to the following counsel of record:

> Cynthia R. Jennings, Esq.
> The Barrister Law Group, LLC
> 211 State Street
> Bridgeport, CT 06604

_____
Margaret J. Strange