UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL CONNELLY,<br>    Plaintiff, | : | |
| | : | |
| | : | CIVILNO. 3:03CV0551(JCH) |
| v. | : | |
| | : | |
| IKON OFFICE SOLUTIONS, INC.<br>    Defendant. | : | APRIL 7, 2004 |
| | : | |

## AFFIDAVIT OF MARGARET J. STRANGE

MARGARET J. STRANGE, being duly sworn and according to law, deposes and says:

1.    I am over the age of 18 and believe in the obligation of an oath.

2.    I am associated with the law firm of Jackson Lewis LLP, counsel for IKON Office Solutions, Inc. in the above-captioned matter. This Affidavit is submitted in support of IKON's Memorandum of Law in Support of its Motion for Summary Judgment ("Memorandum").

3.    I affirm that a true and correct copy of the unsigned document titled "Complaint" that was filed with Plaintiff's Application for Prejudgment Remedy and identified at Plaintiff's deposition is attached as Exhibit A-1.

4.    The Defendant's Memorandum is premised, in part, on the testimony adduced at Plaintiff Carol Connelly's deposition. I affirm that true and correct copies of the pages from the deposition of the Plaintiff, dated February 24, 2004 which are cited in Defendant's Memorandum are attached as Exhibit A-2.

5.  I affirm that a true and correct copy of the Complaint dated March 28, 2003 filed by Plaintiff against IKON Office Solutions at the Connecticut Commission on Human Rights and Opportunities (CHRO No.: 0340441) and identified at Plaintiff's deposition is attached as Exhibit A-3.

6.  I affirm that a true and correct copy of the Complaint dated April 14, 2003 that was filed by Plaintiff against IKON Office Solutions, Inc. and Wiggin & Dana LLC (EEOC No.: 161A300318) and identified at Plaintiff's deposition is attached as Exhibit A-4.

7.  I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter <u>Sierra v. State</u>, No. CV00803588S, 2001 Conn. Super. LEXIS 1604 (Conn. Super Ct. June 4, 2001) is attached hereto as Exhibit A-5.

8.  I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter <u>Sherman v. Sedgwick James of Connecticut</u>, No. CV326150, 1997 Conn. Super. LEXIS 349, (Conn. Super. Ct. Feb. 10, 1997) is attached hereto as Exhibit A-6.

9.  I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter <u>D'Alton v. Canterbury School</u>, No. CV0054069, 1991 Conn. Super. LEXIS 1576 (Conn. Super. Ct. July 3, 1991) is attached hereto as Exhibit A-7.

10. I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter <u>D'Angelo v. McGoldrick</u>, No. CV9360063904, 1995 Conn. Super. LEXIS 2305 (Conn. Super. Ct. Aug. 3, 1995) <u>aff'd.</u> 239 Conn. 356 (1996) is attached hereto as Exhibit A-8.

11. I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter <u>Hood v. Aerotek Inc.</u>, No. 3:98CV1524, 2002 U.S. Dist. LEXIS 3513 (D. Conn. Feb. 20, 2002) is attached hereto as Exhibit A-9.

12.    I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter <u>Rock v. Mott Metallurgical Corp.</u>, No. CV990492215S, 2001 Conn. Super. LEXIS 207 (Conn. Super. Ct. Jan. 10, 2001)is attached hereto as Exhibit A-10.

13.    I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter <u>Emanuele v. Baccaccio & Susanin</u>, No. CV900379667S, 1994 Conn. Super. LEXIS 3156 (Conn. Super. Ct. Dec. 1, 1994) is attached hereto as Exhibit A-11.


_Margaret J. Strange_
MARGARET J. STRANGE


Sworn to before me
this 7th day of April, 2004.


Notary Public/Commissioner of the Superior Court
My Commission Expires: 01-31-05

3

<u>CERTIFICATION OF SERVICE</u>

This is to certify that a copy of the foregoing was sent by first class mail,

postage prepaid, on this 8th day of April, 2004 to the following counsel of record:

Cynthia R. Jennings, Esq.
The Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604


_Margaret J. Strange_
Margaret J. Strange