UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL CONNELLY, <br>     Plaintiff, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, INC, <br>     Defendant. | CIVIL NO. 3:03CV0551(JCH) <br><br> APRIL 5, 2004 |

## AFFIDAVIT OF KIMBERLY FORDHAM

KIMBERLY FORDHAM, being duly sworn and according to law, deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath. This Affidavit is submitted in support of IKON's Memorandum of Law in Support of its Motion for Summary Judgment ("Memorandum") in the above-captioned matter.

2. At all times relevant to this matter, I have been employed by IKON Office Solutions, Inc. ("IKON") as an Area Training Supervisor. From her date of hire through March 10, 2003, I was Plaintiff Carol Connelly's immediate supervisor.

3. Within a month after Plaintiff began working at IKON, I began receiving complaints from her co-workers about her attitude and her performance.

4. Specifically Plaintiff's co-workers reported to me that Plaintiff was having difficulty presenting, understanding, and organizing herself, and that she was having difficulty developing a positive, professional attitude with customers and peers.

5. On January 23, 2003, I scheduled a meeting with Plaintiff and my supervisor, Richard Silva, for the purpose of discussing these reports about Plaintiff.

6. In preparation for this meeting, I assisted in the preparation of a written "Employee Counseling Report" containing the concerns that had been reported to me. I affirm that a true and accurate copy of that "Employee Counseling Report" is attached as Exhibit C-1.

7. I did not issue the Employee Counseling Report to Plaintiff.

_____
KIMBERLY FORDHAM

Sworn to before me
this 5 day of April 2004.

_____
Notary Public/Commissioner of the Superior Court
My Commission Expires:



## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 8th day of April, 2004 to the following counsel of record:

> Cynthia R. Jennings, Esq.
> The Barrister Law Group, LLC
> 211 State Street
> Bridgeport, CT 06604

_____
Margaret J. Strange