UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL CONNELLY,<br>　　　Plaintiff,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC.<br>　　　Defendant. | : <br>: <br>: <br>: CIVIL NO. 3:03CV0551(JCH)<br>: <br>: <br>: <br>: APRIL 7, 2004<br>: |

### AFFIDAVIT OF JIM MORRISSEY

JIM MORRISSEY, being duly sworn and according to law, deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath. This Affidavit is submitted in support of IKON's Memorandum of Law in Support of its Motion for Summary Judgment ("Memorandum") in the above-captioned matter.

2. At all times relevant to this matter, I have been employed by IKON Office Solutions, Inc. ("IKON") as the Vice President/General Manager of the Connecticut Marketplace.

3. On Tuesday, January 28, 2003, I received an e-mail from Plaintiff Carol Connelly regarding interviewing practices on the Wiggin & Dana LLC account. Ms. Connelly attached an e-mail she had sent to Kimberly LaFleur accusing Ms. LaFleur of lying about reasons why candidates were rejected for a position at Wiggin & Dana LLC. I affirm that a true and correct copy of that e-mail is attached as Exhibit E-1.

4. Plaintiff copied Paul Lee, IKON's Director of Financial Operations for the Connecticut Marketplace, and John Hart, IKON's District Director of Outsourcing, on this e-mail.

5. On January 29, 2003, Tom Magel informed me that Plaintiff had sent an e-mail to Trudy Muhlbauer, the Wiggin & Dana LLC contact, in which she accused Ms. Muhlbauer of race discrimination.

6. That same day, Mr. Magel forwarded me an e-mail Ms. Muhlbauer had sent to him expressing her anger at what she referred to as Plaintiff's "forgery" and baseless accusations.

7. By e-mail dated January 29, 2003, I expressed my deep concern about the interference Plaintiff's actions may have had with IKON's relationship with Wiggin & Dana, and demanded that Plaintiff cease corresponding with the client until she met with Sarah Allen. I affirm that a true and correct copy of that e-mail to Plaintiff is attached as Exhibit E-2.

_____
JIM MORRISSEY

Sworn to before me
this _____ day of April 2004.

_____
Notary Public/Commissioner of the Superior Court

CHANG HO CHOI, NOTARY PUBLIC
DISTRICT OF COLUMBIA
COMMISSION EXPIRES: 6/14/2004

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 8th day of April, 2004 to the following counsel of record:

>Cynthia R. Jennings, Esq.
>The Barrister Law Group, LLC
>211 State Street
>Bridgeport, CT 06604

*Margaret J. Strange*
Margaret J. Strange