UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL CONNELLY,<br>    Plaintiff, | :<br>:<br>: |
| v. | : CIVIL NO. 3:03CV0551(JCH)<br>: |
| IKON OFFICE SOLUTIONS, INC.<br>    Defendant. | :<br>: APRIL 6, 2004<br>: |

### AFFIDAVIT OF TOM MAGEL

TOM MAGEL, being duly sworn and according to law, deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath. This Affidavit is submitted in support of IKON's Memorandum of Law in Support of its Motion for Summary Judgment ("Memorandum") in the above-captioned matter.

2. At all times relevant to this matter, I have been employed by IKON Office Solutions, Inc. ("IKON") as an Operations Manager.

3. One of Plaintiff Carol Connelly's initial recruiting assignments was for a receptionist position in the Stamford office of Wiggin & Dana LLC, an IKON client.

4. I participated in interviews for this position with Plaintiff.

5. By e-mail dated January 28, 2003, Plaintiff accused Ms. Muhlbauer, the Human Resources Director of Wiggin & Dana LLC, of engaging in racially discriminatory hiring practices. Ms. Muhlbauer immediately forwarded Plaintiff's e-mail to me. I affirm that a true and correct copy of that e-mail is

1

attached as Exhibit F-1.

6. By e-mail dated January 29, 2003, Ms. Muhlbauer expressed her anger at what she referred to as Plaintiff's "forgery" and baseless accusations. I affirm that a true and correct copy of that e-mail is attached as Exhibit F-2.

_____
TOM MAGEL

Sworn to before me
this 6 day of April 2004.

_____
Notary Public/Commissioner of the Superior Court
My Commission Expires: 3/31/09

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 8th day of April, 2004 to the following counsel of record:

>Cynthia R. Jennings, Esq.
>The Barrister Law Group, LLC
>211 State Street
>Bridgeport, CT 06604

>_____
>Margaret J. Strange