UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL CONNELLY,<br>Plaintiff, | :<br>:<br>: |
| v. | :     CIVIL NO. 3:03CV0551(JCH)<br>: |
| IKON OFFICE SOLUTIONS, INC.<br>Defendant. | :<br>:     APRIL 7, 2004<br>: |

### AFFIDAVIT OF JOSEPH MANGLASS

JOSEPH MANGLASS, being duly sworn and according to law, deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath. This Affidavit is submitted in support of IKON's Memorandum of Law in Support of its Motion for Summary Judgment ("Memorandum") in the above-captioned matter.

2. At all times relevant to this matter, I was employed by IKON Office Solutions, Inc. ("IKON") as an Area Recruiting Manager for IKON's Connecticut, New York, and New Jersey Marketplaces. I worked out of IKON's Stamford office.

3. Plaintiff Carol Connelly began reporting to me in March of 2003.

4. On March 27, 2003, I met with Ms. Connelly. During that meeting, Ms. Connelly asked if she could attend IKON's Outsource Basic Training ("OBT") before she had to conduct that training again.

5. The next scheduled OBT training was in New York City from March 31, 2003 through April 4, 2003.

6. I accommodated Ms. Connelly's request and enrolled her in this OBT training.

7. After two days at the training, Ms. Connelly complained about the commute to New York City.

8. In response to Ms. Connelly's complaint, we offered to pay for a hotel room for her in New York City.

_____
JOSEPH MANGLASS

Sworn to before me
this 1st day of April 2004.

_____
Notary Public/Commissioner of the Superior Court
My Commission Expires:

DREW A. DICASTRO
NOTARY PUBLIC, STATE OF NY
QUALIFIED IN DUTCHESS COUNTY
REG. NO. 1789833
COMMISSION EXPIRES
7/31/05

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 8th day of April, 2004 to the following counsel of record:

        Cynthia R. Jennings, Esq.
        The Barrister Law Group, LLC
        211 State Street
        Bridgeport, CT 06604

_____
Margaret J. Strange