teleconference

**STATUS CONFERENCE HELD**
Date: 4/16/04

3:03CV 551 (JCH)
3:04CV 553 (JCH)

4/16/04
1:30 - 1:40

Carol Connelly
v.
Ikon Office Solutions, Inc.

Margaret Strange

Cynthia Jennings