```
                                                        FILED

                                                   2004 MAY 27  P 2: 28

                                                   U.S. DISTRICT COURT
        UNITED STATES DISTRICT COURT               BRIDGEPORT, CONN
                DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| **CAROL CONNELLY**<br>**Plaintiff** | :<br>:<br>: |
| V. | :    CIVIL NO. 3:03CV0551(JCH) |
| **IKON OFFICE SOLUTIONS, INC.**<br>**Defendant** | :<br>:    MAY 27, 2004 |

### OBJECTION TO MOTION FOR SUMMARY JUDGMENT

Comes now the plaintiff, and hereby respectfully objects to the defendants' motion for summary judgment. A memorandum of law in support of this motion is submitted herewith by the plaintiff that more particularly sets out the basis for the objection.

WHEREFORE, the plaintiff respectfully requests that the defendants' motion for summary judgment be denied.

BY: _/s/ Cynthia R. Jennings_
THE PLAINTIFF
CYNTHIA R. JENNINGS, ESQ. (ct21797)
THE BARRISTER LAW GROUP, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604
HER ATTORNEY

## CERTIFICATION

This is to certify that a copy of the foregoing Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion for Summary Judgment has been mailed, postage prepaid, on May 27, 2004.

Margaret Strange, Esq.,
Holly Cini, Esq.,
Jackson Lewis, LLP
55 Farmington Ave.
Hartford, CT 06105

CYNTHIA R. JENNINGS, ESQ.