UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CAROL CONNELLY
V                                                                    3:03cv551JCH

IKON OFFICE SOLUTIONS, INC.

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the defendant's motion summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 8, 2005, entered a Ruling on the Motion for Summary Judgment, granting the defendant's motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 8th day of March, 2005.

KEVIN F. ROWE, Clerk

By   /s/Catherine Boroskey
          Deputy Clerk

Entered on Docket _____